IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| MARY BARRETT GRIFFIS, | * |
| Petitioner, | * |
| v. | Case No. 1:23-CV-47 (LAG)(TQL) |
| | * |
| BUREAU OF PRISONS, | |
| | * |
| Respondent. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated July 5, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of July, 2023.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk